**Order entered April 24, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00925-CR

**BILLY LUFTHANSA BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-22227-Y**

## ORDER

The Court **GRANTS** appellant's April 19, 2013 motion to accept brief tendered.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     LANA MYERS
           JUSTICE